AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

The Annuity, Welfare and Apprenticeship Skill
Improvement & Safety Funds of the International
Union of Operating Engineers Local 15, 15A, 15C
& 15D, AFL-CIO et al.

V.

160 Broadway Concrete Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

JUDGE KOELTL

07 CV 7316

TO: (Name and address of defendant)

160 Broadway Concrete Corp.
160 Broadway, 15th Floor
New York, New York 10038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

AUG 1 6 2007
DATE

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CV 7316  AND FILED ON  8/16/2007

THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D,  Plaintiff(s)/Petitioner(s)

Vs.

160 BROADWAY CONCRETE CORP.  Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                   ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 8/22/2007 at 2:16PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT
Party Served: 160 BROADWAY CONCRETE CORP.  (herein called recipient) therein named.
At Location: 160 BROADWAY, 3RD FLOOR
NEW YORK NY 10038

By delivering to and leaving with JOHN MESSINA and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M   Color of Skin: WH   Color of Hair: BLACK
Age: 38   Height: 5'9"
Weight: 188   Other Features: GLASSES

Sworn to before me on 8/25/2007

_____  _____
                            Eric Averbach
                            Server's License#: 918927

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010