```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOCAL 15, AFL-CIO, et al.,

                Plaintiff(s)

        -against-

160 BROADWAY CONCRETE CORP.
                Defendant(s).
------------------------------------------------------------X

07 civ 7316 (JGK)

ORDER OF DISCONTINUANCE

It having been reported to this Court that the parties have settled this action,

It is, on this **15TH** day of **October,** 2007, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within 30 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

                                                JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       October 15, 2007